IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13

Brenda E. Glover : Case No. 20-14859-MDC

Debtor(s)

NOTICE OF PRAECIPE TO CORRECT DEBTOR'S ADDRESS

Pursuant to the above-captioned matter, kindly mark the court record of the debtor's correct address as follows:

Brenda E. Glover
241 North Gross Street
Philadelphia, PA 19139

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste 160 W
601 Walnut Street
Philadelphia, PA 19106
215-625-9600

Dated:  February 9, 2021