```
              IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

       IN RE:                   :     CHAPTER 13
                                :
       Brenda E Glover          :     No.  20-14859-MDC
              Debtor            :
```

ANSWER TO MOTION OF PENNYMAC LOAN SERVICES, LLC
FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 AND
<u>CERTIFICATE OF SERVICE</u>

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Denied.
7. Denied.
8. Denied.
9. Denied.
10. Denied.
11. Denied.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 05/20/2021

A copy of this Answer is being served on Rebecca Solarz, Esquire, and the Chapter 13 Trustee.