United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 20-14859-djb

Brenda E Glover                                                                        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                    Page 1 of 1

Date Rcvd: Nov 19, 2025                      Form ID: pdf900                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                       regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2025:**

**Recip ID                      Recipient Name and Address**
db                      +  Brenda E Glover, 241 North Gross Street, Philadelphia, PA 19139-1017

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2025                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2025 at the address(es) listed below:**

**Name                              Email Address**

DAVID M. OFFEN
                       on behalf of Debtor Brenda E Glover dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
                       on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
                       ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
                       on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

United States Trustee
                       USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Brenda E. Glover <br><br> <u>Debtor</u> | Chapter 13 |
| PENNYMAC LOAN SERVICES, LLC <br> <u>Movant</u> <br> v. | NO. 20-14859 DJB |
| Brenda E. Glover <br><br> <u>Debtor</u> | <u>11 U.S.C. Section 362</u> |
| Kenneth E. West <br><br> <u>Trustee</u> | |

**<u>ORDER</u>**

      AND NOW, this      day of      , 2025 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on June 24, 2021, it is ORDERED AND DECREED that:

      The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), <u>11 U.S.C. Section 362</u> and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code (if applicable), is modified with respect to the subject premises located at 241 North Gross Street, Philadelphia, PA 19139 ("Property"), so as to allow Movant, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

      The stay provided by Bankruptcy Rule 4001(a)(4) has been waived.

**Date: November 19, 2025**

_____
United States Bankruptcy Judge.