Certificate Number: 12433-PAE-DE-040649107

Bankruptcy Case Number: 20-14859



12433-PAE-DE-040649107

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 22, 2026, at 12:20 o'clock PM EST, Brenda E. Glover completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 23, 2026

By:  /s/Lisa Susoev

Name:  Lisa Susoev

Title:  Teacher