# UNITED STATES BANKRUPTCY COURT
### Eastern District Of Pennsylvania

In Re:  Brenda E. Glover, Debtor                    Case No. 20-14859-djb

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
### DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I.  Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

[✓]    I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

[ ]    I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.  If you checked the second box, you must provide the information below.*

My current address: _____

_____

My current employer and my employer's address: _____

_____

*Part III.  Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

[✓]    I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

[ ]    I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

*Part IV.  Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on:  *2/18/2026*                    *Brenda E. Glover*
              Date                           Brenda E. Glover, Debtor