United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                   Case No. 20-14859-djb

Brenda E Glover                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                    User: admin                          Page 1 of 3

Date Rcvd: Jul 15, 2026                 Form ID: 138OBJ                       Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brenda E Glover, 241 North Gross Street, Philadelphia, PA 19139-1017 |
| 14572212 | + | City of Philadelpohia Law Dept., 1401 Arch Street, 5th Floor, Philadelphia, PA 19102-1525 |
| 14586609 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14575924 | + | PENNYMAC LOAN SERVICES, LLC, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 16 2026 02:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2026 02:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14574481 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jul 16 2026 01:59:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14577186 | | Email/PDF: bncnotices@becket-lee.com | Jul 16 2026 02:06:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14572208 | + | Email/PDF: bncnotices@becket-lee.com | Jul 16 2026 02:06:57 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14572210 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 16 2026 02:00:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14608231 | | Email/Text: megan.harper@phila.gov | Jul 16 2026 02:01:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14572211 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 16 2026 02:07:34 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14572213 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2026 02:00:00 | Comenity Bank/Blair, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 14572214 | + | Email/Text: convergent@ebn.phinsolutions.com | Jul 16 2026 02:01:10 | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 14572215 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2026 02:07:09 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14578416 | + | Email/Text: mrdiscen@discover.com | Jul 16 2026 02:00:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 14572216 | + | Email/Text: mrdiscen@discover.com | | |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Jul 15, 2026 | Form ID: 138OBJ | Total Noticed: 40

| | | | Jul 16 2026 02:00:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14572217 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 16 2026 02:07:25 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14572218 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 16 2026 02:06:58 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14572219 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 16 2026 02:06:59 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14575454 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 02:07:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14574951 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2026 02:00:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14575652 | ^ | MEBN | Jul 16 2026 01:57:59 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14572224 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2026 02:07:34 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14581199 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2026 02:07:25 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14572221 | + | Email/PDF: ebnotices@pnmac.com | Jul 16 2026 02:07:35 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14588327 | + | Email/PDF: ebnotices@pnmac.com | Jul 16 2026 02:07:35 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14572220 | + | Email/PDF: ebnotices@pnmac.com | Jul 16 2026 02:07:35 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14572222 | + | Email/Text: bankruptcy1@pffcu.org | Jul 16 2026 02:00:00 | Police & Fire FCU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14575980 | + | Email/Text: bankruptcy1@pffcu.org | Jul 16 2026 02:00:00 | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14583706 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 16 2026 02:01:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14575318 | | Email/Text: bnc-quantum@quantum3group.com | Jul 16 2026 02:00:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14572225 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 02:07:25 | Synchrony Bank, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14572226 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 02:07:34 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14572227 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 02:07:33 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14572228 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 02:07:32 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14572230 | + | Email/Text: bncmail@w-legal.com | Jul 16 2026 02:00:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14572231 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 16 2026 02:00:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 14577488 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 16 2026 02:00:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14572234 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 16 2026 01:59:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

District/off: 0313-2                          User: admin                          Page 3 of 3
Date Rcvd: Jul 15, 2026                       Form ID: 138OBJ                       Total Noticed: 40
TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14572209 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14572223 | *+ | Police & Fire FCU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14572229 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14572232 | *+ | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 14572233 | *+ | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Brenda E Glover ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 138OBJ* (6/24)–doc 55 − 54

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      )
   Brenda E Glover                          )           Case No. 20−14859−djb
                                            )
                                            )
   Debtor(s).                               )           Chapter: 13
                                            )
                                            )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania<br>
900 Market Street<br>
Suite 400<br>
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 15, 2026                                      For The Court

                                                        Mohung Wong
                                                        Clerk of Court